UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:19-po-00126-CKD |
| | ) | |
| Plaintiff, | ) | ORDER TO RESET COLLATERAL AND |
| | ) | VACATE TRIAL DATE |
| v. | ) | |
| | ) | |
| STEPHANIE J. JIMENEZ, | ) | DATE: December 2, 2019 |
| | ) | TIME: 9:30 a.m. |
| Defendant. | ) | JUDGE: Hon. Carolyn K. Delaney |
| | ) | |
| | ) | |

It is hereby Ordered that the plaintiff United States of America's Motion to Reset Collateral and Vacate Trial Date is GRANTED. Defendant shall be permitted to pay a fine in the amount of $150.00, and a processing fee of $30.00, for a total amount of $180.00, payable within 30 days through the Central Violations Bureau.

It is further Ordered that the trial date in this matter scheduled for December 2, 2019, shall be VACATED.

IT IS SO ORDERED.

Dated: November 27, 2019

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1